| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Kessler, Gladys K | 2. Court or Organization U.S. District Court | 3. Date of Report 5/31/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/200 to 12/31/2004 |
| 7. Chambers or Office Address U.S. District Court 333 Constitution Avenue, N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Einstein Institute for Science, Health and the Courts -- a 501(c)(3) organization |
| 2. | Director | Our Place, D.C. -- a 501(c)( ) organization |
| 3. | Director | Frederick Abramson Foundation -- a 501(c)(3) organization |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. I am now collecting a reduced annuity from the Fund. |

RECEIVED 2005 JUN 10 P 3: 29 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | D.C. Government - Pension | 105,223.68 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Prudential Insurance Company - Pension |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

■ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys K | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-K) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ADP - common stock | A | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | L | T | | | | | |
| 5. PPT - common stock (previously reported as PPIT) | A | Dividend | | | Sell | 04/26 | J | | |
| 6. Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 7. Strong Corporate Bond Fund - mutual fund | A | Dividend | J | T | | | | | |
| 8. Strong Short Term Bond Fund - mutual fund | B | Dividend | K | T | | | | | |
| 9. Vanguard High Yield Tax Exempt - mutual fund | E | Dividend | N | T | | | | | |
| 10. Vanguard Tax Exempt Money Market Fund | A | Dividend | L | T | | | | | |
| 11. American Century Ultra - mutual fund | | None | M | T | | | | | |
| 12. Banc of America (formerly Q&R), Self managed IRA - PPT | A | Dividend | | | Sell | 04/02 | K | | |
| 13. Banc of America - IRA - Nations Fund Trust - Marisco | A | Dividend | K | T | Buy | 04/02 | K | | |
| 14. Strong Short Term Bond Fund - IRA | C | Dividend | L | T | | | | | |
| 15. D.C. Deferred Comp Plan | A | Interest | M | V | | | | | |
| 16. Sun Trust - Checking Account | A | Interest | J | T | | | | | |
| 17. Strong Corporate Bond Fund (charitable) - mutual fund | B | Dividend | K | T | | | | | |
| 18. American Century Ultra IRA - mutual fund | | None | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$60,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys K | 5/31/2005 |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | | reporting period | | | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type | (1) | (2) Value Code 3 | (1) merger, | If not exempt from disclosure | | | |
| | | | | | | | Date: Month - Day | Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) eyer/seller f private transaction) |
| 19. | Strong Opportunity Fund IRA - mutual fund | A | Interest | K | T | | | | | |
| 20. | First Trust Insured Municipal Bonds - Unit Trust | A | Interest | | T | PartRedem | 3/15 | | | |
| 21. | Strong Opportunity Fund IRA - mutual fund | A | Interest | | | | | | | |
| 22. | Vanguard Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 23. | Garages - real estate | A | Rent | | | Sell | 10/05 | J | D | |
| 24. | Garages - Note Receivable - Eskandar Senehi | A | Interest | | | Mnthly Pymnt | 12 mo | | B | |
| 25. | Archstone Smith - common stock | D | Dividend | M | T | | | | | |
| 26. | Vanguard 500 Index Fund | D | Dividend | | T | | | | | |
| 27. | Banc of America - DC Bonds | | | | | | | | | |
| 28. | Public Storage | | None | | | Partial Sale | 01/02 | L | E | |
| 29. | - Public Storage - remaining shares | A | Dividend | | | Sell | 05/04 | K | E | |
| 30. | Ace Comm (previously reported as ACECOM) | | None | | | Sell | 12/02 | J | | |
| 31. | Vanguard Dividend Growth Fund | C | Dividend | | | | | | | |
| 32. | Model Leasing Assoc II LC - A real estate | B | Interest | K | W | | | | | |
| 33. | Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 34. | Escalade - common stock | | Dividend | L | T | | | | | |
| | Warehouse Leasing Assoc., L.C. | | None | K | W | | | | | |
| | Banc of America -Metropolitan Water District So Ca | A | Interest | J | T | | | | | |

1. Income/Gain Codes = $1,000 or less 3 = $1,001-$2,500 = $2,500-$5,000 = $5,000-$15,000
(See Columns B1 and D4) = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys K | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date-Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Dividend | K | T | | | | | |
| 38. Washington Mutual - common stock | C | Dividend | L | T | Buy add'l | 05/20 | K | | |
| 39. Apache Corp - common stock | A | Dividend | M | T | | | | | |
| 40. Duke Realty - common stock | C | Dividend | K | T | | | | | |
| 41. Ford Motor - common stock | B | Dividend | L | T | | | | | |
| 42. General Electric - common stock | B | Dividend | L | T | | | | | |
| 43. Smith Midland - common stock | | None | J | T | | | | | |
| 44. Quality Systems - common stock | | None | M | T | | | | | |
| 45. Hancock Fabrics - common stock | B | Dividend | K | T | | | | | |
| 46. ConAgra - common stock | B | Dividend | L | T | | | | | |
| 47. General Dynamics - common stock | A | Dividend | L | T | | | | | |
| 48. Banc of America - Eaton Vance Municipal Bonds | B | Interest | K | T | | | | | |
| 49. Vanguard Health Care Fund | B | Dividend | M | T | | | | | |
| 50. Banc of America - D.C. G.O. Bond | B | Interest | K | T | | | | | |
| 51. Banc of America - D.C. Revenue Bond | A | Interest | J | T | | | | | |
| 52. Shaw Group - common stock | | None | K | T | | | | | |
| 53. Vanguard IRA - Prime Money Market Fund | A | Dividend | | | Transfer out | 3/29 | J | | |
| 54. -- 2004 contribution | | | J | T | Buy | 3/29 | J | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less     K = $15,001-$50,000      L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                     P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)           U = Book Value          V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys K | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Vanguard 500 Index Fund - IRA | A | Dividend | | | Transfer in | 3/29 | J | | |
| 56. -- 2003 IRA contirbution | | | J | T | Buy | 04/01 | J | | |
| 57. Allstate - common stock | A | Dividend | K | T | Buy | 01/02 | K | | |
| 58. RPM International - common stock | | | | | Buy | 01/02 | K | | |
| 59. · additional purchase, RPM International - common stock | B | Dividend | L | T | Buy add'l | 05/20 | K | | |
| 60. Banc of America - 3M Company | A | Dividend | J | T | Buy | 04/02 | J | | |
| 61. Banc of America - General Electric | A | Dividend | J | T | Buy | 04/02 | J | | |
| 62. Banc of America - Eaton Vance Worldwide Health | | None | | | Buy | 04/02 | J | | |
| 63. -- add'l purchase - B of A - Eaton Vance Worldwide Health | | None | K | T | Buy add'l | 4/30 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. 9. Reported as "Vanguard Municipal High Yield Bond Fund - mutual fund" on 2003 report

VII. 10. Reported as "Vanguard Municipal Money Market Fund" on 2003 report

VII. 11. Reported as "Twentieth Century Ultra - mutual fund" on 2003 report

VII. 12. Quick & Rielly replaced by Banc of America

VII. 15. This is the valuation given by the DC Deferred Compensation Plan

VII. 18. Reported as "Twentieth Century Ultra IRA - mutual fund" on 2003 report

VII. 24. ████████ parking spaces as referenced in 2003 report have now all been sold. This receivable represents an installment sale in 2002, from which █ receives monthly payments of interest and principal.

VII. 26. Reported as "Vanguard Index 500 Portfolio" on 2003 report

VII. 27. These bonds were reported separately on the 2003 report, but are now included in lines 50 and 51.

VII. 53. Two transfers out to Vanguard 500 Index fund (see line 55), 3/29 and 4/27 - total of both transfers < $15,000

VII. 55. This account opened in 2004 with transfers from Vanguard Prime Money Market Fund (see previous note)

Additional note on Part VII - lines 27, 36, 37, 48, 50, 51, 60, 61, 62 and 63 are all holdings in the same brokerage account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date June 6, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544